# Court of Appeals
# of the State of Georgia

ATLANTA,____March 22, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1138.  ROBERT JAY DAVIS v. CHARLES JEFFREY LIIPFERT et al.**

Robert Jay Davis appealed directly to this Court from an order of the superior court denying his request to file an *in forma pauperis* civil complaint.  Because Davis is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq.  Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35."  And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court.  Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider this direct appeal from the superior court's order.  See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997).  This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____03/22/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*